JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JULIUS TAYLOR,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, a public entity; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, a public entity, JOHN MCMAHON, in his individual capacity and in his official capacity as Sheriff of the San Bernardino County Sheriff's Department; and DOES 1 through 20, inclusive,<br><br>    Defendant. | Case No. 5:21-cv-02088 JGB(SHKx)<br><br>**JUDGMENT AFTER TRIAL BY JURY AND ORDER**<br><br>Trial Date:    10/21/25 |

## JUDGMENT AFTER TRIAL BY JURY

### TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

This Action come on regularly for trial on October 22, 2025, in Courtroom 1, Second Floor of the United States District Court, before the Honorable Jesus G. Bernal, United States District Court Judge. Plaintiff JULIUS TAYLOR ("Plaintiff") was represented by Christian Contreras of the Law Offices of Christian Contreras,

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

PLC and Kirt J. Hopson of the Law Office of Kirt J. Hopson. Defendants COUNTY OF SAN BERNARDINO, JOHN MCMAHON, TREVOR STRAND and DANIEL POPA ("Defendants") were represented by Christopher P. Wesierski, Kristen R. Rodriguez and Diane R. Douglas of Wesierski & Zurek, LLP.

A jury of eight (8) persons was regularly empaneled and sworn.

Plaintiff voluntarily dismissed Defendant JOHN MCMAHON.

Witnesses were sworn and testified, and documentary evidence was introduced and admitted into evidence.

The Court dismissed Defendant DANIEL POPA.

After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on the issues, if after deliberations, they could do so. The jury deliberated and thereafter returned to the Court with their unanimous verdict.

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

That judgment be, and herby is, entered in favor of Defendants COUNTY OF SAN BERNARDINO and DEPUTY TREVOR STRAND and against Plaintiff JULIUS TAYLOR.

That Plaintiff shall take nothing;

That Defendants shall recover costs as the prevailing party pursuant to Federal Rule of Civil Procedure 54.

DATED: November 14, 2025

Honorable Jesus G. Bernal
United States District Court Judge